No. 244. CHATSWORTH COOPERATIVE MARKETING ASSOCIATION ET AL. *v.* INTERSTATE COMMERCE COMMISSION. C. A. 7th Cir. Certiorari denied. *Norman Miller* for petitioners. *Solicitor General Cox* and *Robert W. Ginnane* for respondent.

No. 247. JANEL SALES CORP. *v.* PARKE, DAVIS & Co. C. A. 2d Cir. Certiorari denied. *Herman Young* for petitioner. *James F. Hoge* for respondent.

No. 249. BROWN *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *John S. Wrinkle* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.

No. 252. FLEISCHER, TRUSTEE *v.* A. A. P., INC., ET AL. C. A. 2d Cir. Certiorari denied. *Gustave B. Garfield* for petitioner. *Daniel Huttenbrauck* for A. A. P., Inc., et al., *Louis Nizer* for Paramount Pictures, Inc., et al., *George A. Katz* for Dumont Broadcasting Corp., and *Alfred H. Wasserstrom* for King Features Syndicate, Inc., respondents.

No. 253. LONG ET AL., DOING BUSINESS AS LONG CONSTRUCTION Co. *v.* JOHNS-MANVILLE SALES CORP. C. A. 6th Cir. Certiorari denied. *Charles L. Levin* for petitioners. *Leroy G. Vandeveer* for respondent.

No. 257. CARSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.